IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00522-BNB

PAUL LUNA VASQUEZ,

    Applicant,

v.

MARCELO A. KOPCOW, Weld County District Court Judge,
KEVIN NELAN, Chief Probation Officer,
ANNA GALVADON, I.C.C.S. Casemanager, and
JAYME MUEHLENKAMP, Weld County Public Def.,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 7 2009

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION THAT NAMES PROPER RESPONDENT

Applicant, Paul Luna Vasquez, is a prisoner in the custody of the Colorado Department of Corrections, who currently is incarcerated at the Huerfano County Correctional Center in Walsenburg, Colorado. Mr. Vasquez has submitted to the Court a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

The Court notes that Mr. Vasquez fails to name his custodian as the Respondent in the 28 U.S.C. § 2241 Application. The law is well-established that the only proper respondent to a habeas corpus action is the applicant's custodian. *See* 28 U.S.C. § 2243; Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts; and *Harris v. Champion*, 51 F.3d 901, 906 (10th Cir. 1995). Rule 1(b) of the Section 2254 Rules applies the rules to 28 U.S.C. § 2241 habeas corpus applications. Accordingly, it is

ORDERED that Mr. Vasquez file, **within thirty days from the date of this Order**, an Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 that complies with this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Vasquez, together with a copy of this Order, two copies of the Court-approved form for filing an Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Vasquez fails within the time allowed to file an Amended Application, as directed, the action will be dismissed without further notice.

DATED March 17, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00522-BNB

Paul Luna Vasquez
Prisoner No. 75320
Huerfano County Correctional Center
304 Ray Sandoval Street
Walsenburg, CO 81089

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form** to the above-named individuals on 3/17/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk